# United States District Court
# For The Western District of North Carolina
# Bryson City Division

TERRENCE WRIGHT-BEY,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                        2:07cv17-03-MU

STATE OF NORTH CAROLINA,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 7, 2006 Order.

                                                              FRANK G. JOHNS, CLERK

September 7, 2007

                                                     s/Elizabeth J. Barton
                             BY: _____
                                           Elizabeth J. Barton, Deputy Clerk